KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RUBEN AVILA-LOPEZ,<br><br>    Petitioner,<br><br>  v.<br><br>ALBERTO GONZALES, United States' Attorney General; *et al*,<br><br>    Respondents. | No. C 06-7023 SI<br><br>**STIPULATION TO DISMISS; and [PROPOSED] ORDER** |

  The parties, through their respective attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice because the United States Citizenship and Immigration Services is now prepared to grant Plaintiff's application for naturalization, and agrees to do so within 30 days of the dismissal of this action.

  Each of the parties shall bear their own costs and fees.

///

///

///

///

///

Stip to Dismiss
C 06-7023 SI

| | |
|---|---|
| Date: January 8, 2006 | Respectfully submitted,<br><br>KEVIN V. RYAN<br>United States Attorney<br><br>/s/<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Respondents |
| Date: January 8, 2006 | *see faxed signature*<br>FRANK P. SPROULS<br>Attorney for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

/s/ Susan Illston
SUSAN ILLSTON
United States District Judge

Stip to Dismiss
C 06-7023 SI

1 | Date: January 8, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

2
3
4
5

_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Respondents

6
7

8 | Date: January ___, 2006

_____
FRANK P. SPROULS
Attorney for Petitioner

9
10
11

## ORDER

12 | Pursuant to stipulation, IT IS SO ORDERED.

13

14 | Date:

_____
SUSAN ILLSTON
United States District Judge

15
16
...
28

Stip to Dismiss
C 06-7023 SI